## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Kelly Miller
PO Box 51056
Washington DC 20091

**Plaintiff**

**vs.**

CIVIL ACTION NO. 14 - 0 0 0 7 1 1 0

Timothy Broomhead
US Attorneys Office
555 Fourth Street NW
Washington, DC 20530 **Defendants**

**COMPLAINT**

FILED
CIVIL ACTIONS BRANCH
NOV 0 7 2014
Superior Court
of the District of Columbia
Washington, DC.

**1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.**

I currently have a Federal case at the United States Court of Appeals for the District of Columbia aganist defendant Timothy Broomhead. Defendant, Broomhead unlawfully placed a bolo at the entrance of the Courthouse to intidimate me and violate my rights of due process as a Pro Se litigate with the US Marshalls office suddenly refusing to allow me to enter with my electronics. Mr Broomheads name is on the bolo as the complaing party. I have no police documents or court orders completed by defendant Broomhead giving him the right to withhold my liberities this is the 3rd time plaintiff has used criminal acts to prevent my due process. he also had FBI threaten me with arrest.

**Wherefore, Plaintiff demands judgement against Defendant in the sum of $ _____** I will not be threatened.
**with interest and costs.**

606-200-0632
**Phone:**

**DISTRICT OF COLUMBIA, SS**

Kelly Miller **, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.**

_____
**(Plaintiff** **Agent)**

**Subscribed and sworn to before me this** 7th **day of** November **20** 14 **.**

Atrina R Redmond
**(Notary Public/Deputy Clerk)**

**FORM CV-1013/ Nov. 00**

Case: 2014 CA 007110 B

Kentucky DL exp. 06-29-17

PD 70 Rev. 8/18

| Date of Request | METROPOLITAN POLICE DEPARTMENT | Social Security No. |
|---|---|---|
| 11/6/14 | Washington, D. C. CRIMINAL HISTORY REQUEST | |

**Request Record of:** (Last, First, Middle Name)   Miller, Kelly E

**Address**   PO Box 51086 Washington DC 20091

| Sex | Race | Birthdate | Place of Birth |
|---|---|---|---|
| F | C | 3-29-68 | Ohio |

**Requesting Agency**   Self

**Call-Back Number**   606-200-0632

**Signature of Agent**   Kelly Miller          **Badge No.**

**Purpose of Request** (check one)

☐ Law Enforcement Purposes (not for employment)

☐ Visas*

☐ Employment*/Licensing*

☐ Challenge*

**Method of Request** (Check One)

☐ Mail

☒ In Person

☐ NLET

☐ Telephone

### IDENTIFICATION AND RECORDS DIVISION USE ONLY—(Check if applicable)

☐ SUBJECT UNDER ARREST          ☐ CORRECT COLOR CODE

| Request Received By | Date and Time Received | Date and Time Returned |
|---|---|---|
| | | |

### D.C. CODE § 8.1402.69 IS QUOTED HERE FOR YOUR INFORMATION

It shall be an unlawful practice, punishable by a fine of not more than three-hundred dollars ($300,) or imprisonment for not more than ten (10) days, or both, for any person to require the production of an arrest record or any copy, extract, or statement thereof, at the monetary expense of any individual to whom such record may relate. Such "arrest records" shall contain only listings of convictions and forfeitures of collateral that have occurred within ten (10) years of the time at which such record is requested. (Dec. 13, 1977, D.C. Law 2-38, Title II, §266, 24 DCR 6038).

*I hereby authorize the release of my adult arrest record revealing convictions and forfeitures within the past ten (10) years.   Kelly Miller          11/6/14
          Signature          Date

### RESULTS OF CRIMINAL HISTORY FILE SEARCH

TO:   Criminal History Users

☐ Mass Search   ☐ Fingerprint Search

This request concerns information whose collection, dissemination, and use are conditioned and restricted by applicable federal and District of Columbia statutes, and policy of the Metropolitan Police Department. Continued assistance from this department is conditioned upon your strict adherence to these regulations.

**WARNING TO APPLYING AGENCIES:** The Metropolitan Police Department does not guarantee either the accuracy of the record or that the individual whose record is furnished is actually the same individual whose record was requested. To obtain accuracy, the record of the Court involved should be examined. Positive identification can only be determined by comparable fingerprints. Records of arrests obtained from the Metropolitan Police Department as detailed on this form are for convictions and forfeitures for the past 10 years prior to the date of request of this record, exclusive of periods of imprisonment, if any. This record does not reflect any cases which may be currently pending before the Courts or cases where convictions have been set aside pending appeals.

CHIEF OF POLICE

| Date of Arrest | Charge(s) | Disposition |
|---|---|---|
| | | |

Metropolitan Police Department
Name File No Arrest Record Found

NOV 0 6

*Exhibit B*

**NEW HOPE MINISTRIES, INC.**
OPEN DOOR WOMEN'S SHELTER
425 2ND & E STREET, NW
WASHINGTON, DC 20001
(202) 639-8093

DATE: *10-10-2014*

## TO WHOM IT MAY CONCERN:

THIS LETTER IS TO VERIFY THAT *Kelly Miller* DATE OF BIRTH: *05-29-1968*, SOCIAL SECURITY NUMBER: *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*, HAS BEEN A RESIDENT AT THE OPEN DOOR SHELTER SINCE *10-10-2013*. ANY SUPPORTIVE SERVICES THAT YOUR AGENCY CAN PROVIDE TO THIS INDIVIDUAL WILL BE GRATELY APPRECIATED.

THIS INFORMATION CAN BE VERIFIED BY CONTACTING THE CASE MANAGER'S OFFICE AT THE SHELTER FROM 4:00 PM TO 7:00 AM PM DAILY, AT 202-639-8093.

THANK YOU,

*Alberta C Kinard*
*Supervisor,*
*Open Door Shelter*

*Exhibit A*



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_Kelly Miller_
_____
Plaintiff

vs.                                      Case Number _14___0 0 0 7 1 1 9_

_Timothy Broomhead_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Kelly Miller_
_____
Name of Plaintiff's Attorney

_PO Box 51056_
_____
Address
_Washington, DC 20091_
_____
_606-200-0632_
_____
Telephone

                                        _Clerk of the Court_

By _Atrina R Redmond_
_____
Deputy Clerk

Date _11/07/14_
_____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                      CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                            Demandante

      contra                                      Número de Caso: _____

_____
                            Demandado

## CITATORIO

Al susodicho Demandado:

      Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

      A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                         *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por: _____
_____
Dirección                                              Subsecretario

_____
Teléfono                                          Fecha _____
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오    የአማርኛ ትርጉም ሲፈልጉ (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

**Vea al dorso el original en inglés**
**See reverse side for English original**

                                                                            **CASUM.doc**

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

_Kelly Miller_

VS

_Timothy Broomhead_

Case Number: 14 - 0 0 0 7 1 1 0

Date: 11/7/14

☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* _Kelly Miller_ | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☐ Self (Pro Se) |
| Telephone No.:          Six digit Unified Bar No.: | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury        ☐ 6 Person Jury        ☐ 12 Person Jury

Demand: $_____        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____        Judge: _____        Calendar #:_____

Case No.:_____        Judge: _____        Calendar#:_____

---

NATURE OF SUIT:        *(Check One Box Only)*

## A. CONTRACTS

COLLECTION CASES

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 Special Education Fees
☐ 10 Mortgage Foreclosure
   D.C. Code § 42-815

☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 13 Employment Discrimination

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 18 OVER $25,000 Consent Denied

## B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass
☐ 06 Traffic Adjudication

## C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☑ 06 False Accusation
☐ 07 False Arrest
☑ 08 Fraud

☑ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
   Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
   Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

---

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Jun 13

# Information Sheet, Continued

## C. OTHERS

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 04 Condemnation (Emin. Domain)
☐ 05 Ejectment
☐ 07 Insurance/Subrogation
    Under $25,000 Pltf.
    Grants Consent
☐ 08 Quiet Title
☐ 09 Special Writ/Warrants
    (DC Code § 11-941)

☐ 10 T.R.O./ Injunction
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment
☐ 17 Merit Personnel Act (OEA)
    (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability
☐ 24 Application to Confirm, Modify,
    Vacate Arbitration Award
    (DC Code § 16-4401)

☐ 25 Liens: Tax/Water Consent Granted
☐ 26 Insurance/ Subrogation
    Under $25,000 Consent Denied
☐ 27 Insurance/ Subrogation
    Over $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
    Award (Collection Cases Only)
☐ 29 Merit Personnel Act (OHR)
☐ 30 Liens: Tax/ Water Consent Denied
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower
☐ 34 Insurance/Subrogation
    Over $25,000 Consent Denied

## II.

☐ 03 Change of Name
☐ 06 Foreign Judgment
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
    Certificate

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
    Judgment [ D.C. Code §
    2-1802.03 (h) or 32-1519 (a)]
☐ 20 Master Meter (D.C. Code §
    42-3301, et seq.)

☐ 21 Petition for Subpoena
    [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a) (1)
    (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

_____
Attorney's Signature

_____
11/7/14
Date

CV-496/Jun 13

# Superior Court of the District of Columbia
## CIVIL DIVISION

Kelly Miller

Plaintiff

vs.

Timothy Broomhead          Defendant

FILED
CIVIL ACTIONS BRANCH
NOV 07 2014
Superior Court
of the District of Columbia
Washington, DC

No. 14 - 0007119

## MOTION - (Pro-Se)

MOTION OF: Kelly Miller          for          P-I

(State briefly what you want the Court to do)   Stay Away

Grant immediate CPO preventing defendant Timothy Broomhead to stalk, harass or utilize his official or unofficial contacts to illegaly violate plaintiff Kelly Millers lawful rights.

| Printed name: Kelly Miller | Signature: Kelly Miller |
| Address: PO Box 51056 Washington DC 20091 | Home phone no. |
| | Business phone no. |

### CERTIFICATE OF SERVICE

On   Nov  7  , 20 14 , I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: Timothy Broomhead | Name: |
| Address: US Attorney's Office 555 Fourth Street, NW Washington, DC 20530 | Address: |

Case: 2014 CA 007119 B

Kelly Miller
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____

Signature

Form CV-393 / Dec. 00

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION
**Washington, D.C.  20001**

_Kelly Miller_

*Plaintiff*

vs.

Civil Action No. _14_ _0 0 0 7 1 1 0_

_Timothy Broomhead_

*Defendant*

## ORDER

Upon consideration of the motion _____ _P.I._ _____

filed by _Kelly Miller_ _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 _____,

ORDERED:

(1)  That the motion be, and it is hereby,  ☐ GRANTED  ☐ DENIED

(2)  That _____

_____

_____

_____

_____

_____

Copies to:

_____
**JUDGE**

Form CV-545/Apr.03

# Superior Court of the District of Columbia
## CIVIL DIVISION

Kelly Miller

vs.

Timothy Broomhead

Plaintiff

Defendant

FILED
CIVIL ACTIONS BRANCH
NOV 07 2014
Superior Court
of the District of Columbia
Washington, D.C.

No. 14 - 0007119

MOTION - (Pro-Se)

MOTION OF: **Kelly Miller** for **TRO**

(State briefly what you want the Court to do) **Stay Away**
Grant immediate CPO preventing defendant Timothy
Broomhead to stalk, harass or utilize his official or unoffical
contacts to illegaly violate plaintiff Kelly Millers lawful rights

Printed name: **Kelly Miller**

Signature: _Kelly Miller_

Home phone no.

Business phone no.

Address: **PO Box 57056**
**Washington DC 20091**

## CERTIFICATE OF SERVICE

On ___11/7/14___ , 20___ , I mailed this motion to all the lawyers in the case,
the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: Timothy Broomhead | Name: |
|---|---|
| Address: US Attorneys Office 555 Fourth St NW Washington DC 20530 | Address: |

_Kelly Miller_
Signature

Case: 2014 CA 007119 B

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____
_____
_____
_____

Signature

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION
#### Washington, D.C.  20001

_Kelly Miller_
                                         _Plaintiff_

vs.                                Civil Action No. **0 0 0 7 1 1 0**
                                                  **14 =**

_Timothy Broomhead_
                                        _Defendant_

## ORDER

Upon consideration of the motion _____ _TRO_ _____

filed by _Kelly Miller_ _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 _____,

ORDERED:

(1)  That the motion be, and it is hereby,      ☐ GRANTED      ☐ DENIED

(2)  That _____

_____

_____

_____

_____

_____

Copies to:

_____
                                        JUDGE

Form CV-545/Apr.03

**SUBPOENA**



## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001    Telephone (202) 879-1133

*Kelly Miller*
Plaintiff

**SUBPOENA IN A CIVIL CASE**

v.

*Timothy Broomhead*
Defendant

**CASE NUMBER:** *14-0007119*

To: FBI Headquarters Security Officer in charge @ Penn Ave NW Facility and
FBI Police   Security cameras

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
| | | |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
| | | |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below *(list documents or objects):*

DOCUMENTS OR OBJECTS: Video from camera @ Penn Street entrance on 11/4/14 with Kelly Miller discussing third party service of service for court to Timothy Broomhead and Kelly Miller's ipad which was placed on top of file cabinet instead of in lock box  11/4/14 9AM-1PM

| PLACE OF PRODUCTION  FBI office of Felix Henry | DATE 11/20/14 | TIME 10:00AM |
|---|---|---|

☒ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES to provide for inspection of video for civil case by Kelly Miller at the FBI office of Felix Henry | DATE 11/20/14 | TIME 10:00AM |
|---|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant)  *Athine R Redmond / Deputy Clerk* | DATE 11/14/14 |
|---|---|
| ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER   Superior Court of the District of Columbia  Civil Division  500 Indiana Avenue, N.W.  Room 5000  Washington, D.C. 20001 | |

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

WHITE—ORIGINAL    YELLOW—FOR RETURN SERVICE    PINK—OFFICE COPY

Form CV(6) 433/July 09

4-1855 wd-392

Authorization as required by D.C. Code §14-307 and Brown v U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____

| | | | **Judge To Whom Case Is Assigned** |

## PROOF OF SERVICE

| | DATE | TIME | PLACE |
|---|---|---|---|
| **SERVED** | | | |

SERVED ON (PRINT NAME)   MANNER OF SERVICE
                        (attach return receipt if service was made by registered or certified mail)

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

_____

   I declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
            DATE                              _____
                                             SIGNATURE OF SERVER

                                             _____
                                             ADDRESS OF SERVER

**RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D:**

**(c) Protection of Persons Subject to Subpoenas.**

   (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

   (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

   (B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

   (3)(A) On timely motion, the Court shall quash or modify the subpoena if it
        (i) fails to allow reasonable time for compliance;
        (ii) requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(b)(iii) of this Rule, such a person may in order to attend trial be commanded to travel from any such place to the place of trial, or
        (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or,
        (iv) subjects a person to undue burden.

   (B) If a subpoena
        (i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
        (ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurances in dispute and resulting from the expert's study made not at the request of any party, or
        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 25 miles to attend trial, the Court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the Court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to Subpoena.**

   (1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

   (2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**SUBPOENA**



## Superior Court of the District of Columbia
### CIVIL DIVISION
**500 Indiana Avenue, N.W., Room 5000**
**Washington, D.C. 20001    Telephone (202) 879-1133**


Case: 2014 CA 007119 B

*Kelly Miller*
_____
Plaintiff

**SUBPOENA IN A CIVIL CASE**

v.

*Timothy Broomhead*
_____
Defendant

**CASE NUMBER:** *14-0007119*

**To:** *U.S. Marshall IN Charge of US Court of Appeals Facility and Security cameras*

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|-----------|------|------|
|           |      |      |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---------------------|------|------|
|                     |      |      |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below *(list documents or objects)*:

| DOCUMENTS OR OBJECTS *Video of 3rd street side U.S. Marshall entrance into the US Court of Appeals DC 333 Constitution Ave NW Washington DC on Nov 5, 2014 from the hours of 7am - 11am Video will show Marshall showing BOLO to plaintiff* | | |
|---|---|---|
| PLACE OF PRODUCTION *US Marshalls Office at the US Court of Appeals DC Courthouse* | DATE *11/19/14* | TIME *10:00AM* |

☒ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES *US Marshalls Office at the US Court of Appeals DC Courthouse* | DATE *11/19/14* | TIME *10:00AM* |
|---|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) *Atrina R Redmond / Deputy Clerk* | DATE *11/14/14* |
|---|---|
| ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER | Superior Court of the District of Columbia Civil Division 500 Indiana Avenue, N.W. Room 5000 |

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

**WHITE—ORIGINAL      YELLOW—FOR RETURN SERVICE      PINK—OFFICE COPY**

Form CV(6) 433/July 09

4-1855 wd-392

Authorization as required by D.C. Code §14-307 and Brown v U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| SERVED | DATE | TIME | PLACE |
|--------|------|------|-------|
|        |      |      |       |

SERVED ON (PRINT NAME)   MANNER OF SERVICE
(attach return receipt if service was made by registered or certified mail)

| SERVED BY (PRINT NAME) | TITLE |
|------------------------|-------|
|                        |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
          DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

**RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D:**

**(c) Protection of Persons Subject to Subpoenas.**

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the subpoena if it
(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(b)(iii) of this Rule, such a person may in order to attend trial be commanded to travel from any such place to the place of trial, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or,
(iv) subjects a person to undue burden.

(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurances in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 25 miles to attend trial, the Court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the Court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to Subpoena.**

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### ~~FAMILY COURT AND~~ ᴵᴺ CIVIL DIVISION
### 14-0007119

KELLY MILLER

VS

TIMOTHY BROOMHEAD

FILED
CIVIL ACTIONS BRANCH

NOV 14 2014

Superior Court of the
District of Columbia
Washington, D.C.

PLAINTIFF/PETITIONER

DEFENDANT/RESPONDENT

## MOTION FOR ORDER TO PLACE ALL PROCEEDINGS ON RECORD AND IN OPEN COURT

**COMES PLAINTIFF, KELLY MILLER, IN PRO SE,** requesting this honorable court to remove the currently scheduled hearing on application for Temporary Restraining Order from the assigned Judges Chambers Room currently scheduled for Monday, November 17, 2014 and place the Hearing on application for Temporary Restraining Order in an open public courtroom forum at the earliest scheduled date available for Plaintiff, Kelly Miller to secure a fair and equal playing field and to ensure that no favoritism is afforded to the Defendant, Timothy Broomhead who is currently a representative of the United States Attorney's office and is a subject in an ongoing current federal case Plaintiff, Kelly Miller is currently litigating at the United States court of Appeals for the District of Columbia # 14-7167.

Under Federal law the mere element that the Plaintiff, Kelly Miller has an ongoing federal case siting the Defendant, Timothy Broomhead as a suspect committing multiple criminal acts under the color of the law against Plaintiff, Kelly Miller is prerequisite for an immediate Civil Protection Order (CPO) to prevent direct retaliation upon Plaintiff, Kelly Miller from Defendant, Timothy Broomhead. The systematic illegal directives completed by Defendant, Timothy Broomhead after which time Plaintiff, Kelly Miller sited Defendant, Timothy Broomhead into Plaintiff, Kelly Miller's federal case are direct retaliation actions and validate Plaintiff, Kelly Millers need for an immediate Civil Protection Order (CPO) to be granted by this honorable court.



Case: 2014 CA 007119 B

Dkt: CIVMOT

Page 1 of 3

Plaintiff, Kelly Miller concludes there is no lawful motive to conduct the current specific case 14-0007119 behind the closed doors of judges chambers other than to aid and abet Defendant, Timothy Broomhead in continuation of evasion of prosecution in addition to withholding public information from the community of the crimes committed by Defendant, Timothy Broomhead to protect Defendant, Timothy Broomheads position with the United States Attorney office.

Under the current government the courts hold a long tradition of remaining open to the public. The First Amendment public right of access to court records is vital to ensure a transparent judiciary and public oversight of court proceedings and because that interest is shared by all members of the public, no particular interest in the proceedings should be required to intervene and seek access to the proceedings as it should already be open court. Open courts discourage judicial corruption and help ensure that all parties receive fair treatment under the law. The public has a presumptive right of access to judicial records and court proceedings particularly when those proceedings are surrounding an officer of the court.

To withhold from the public that an officer of the court working in the United States Attorney's office has come under scrutiny for federal crimes is providing that specific officer of the court Defendant, Timothy Broomhead exceptional favoritism and directly places the Plaintiff, Kelly Miller in a unfair and uneven playing field with the court showing immediate bias, discrimination and favoritism siting the Plaintiff, Kelly Miller as well as the public to the view that the Defendant, Timothy Broomhead is concealing public information and is not able to properly defend himself under the procedures of an open court of law is thereby validating Plaintiff, Kelly Millers initial complaint of direct retaliation and continued harassment and stalking in addition to admitting guilt by and thru said actions of conducting the court at closed door sessions.

**THEREFORE, PLAINTIFF, KELLY MILLER** demands this court produce an order ensuring any and all aspects of this case are conducted within a recorded open public court room forum to elevate the court from any bias, discrimination or favoritism attributes and create a fair and even play field for true and correct unbiased lawful adjudication to occur.

Kelly E. Miller, In Pro Se
PO Box 51056
Washington, DC 20091
(606) 200-0632
Equaljustice4kellymiller@yahoo.com

## CERTIFICATE OF SERVICE:

I hereby affirm copies of this **MOTION FOR ORDER TO PLACE ALL PROCEEDINGS ON RECORD AND IN OPEN COURT** were mailed to the below parties this **14th day of November, 2014**.

Kelly E. Miller, In Pro Se

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
**FAMILY COURT AND CIVIL DIVISION**
500 INDIANA AVENUE, NW SUITE 5000
WASHINGTON, DC 20001
(202) 879-1133

UNITED STATES ATTORNEYS OFFICE
**TIMOTHY E. BROOMHEAD**
555 FOURTH STREE NW
WASHINGTON, DC 20530
(202) 252-2569
**Timothy.broomhead@usdoj.gov**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### Washington, D.C.  20001

_Kelly Miller_
_____
Plaintiff

vs.

Civil Action No. _14-0007119_

_Timothy Broomhead_
_____
Defendant

## ORDER

Upon consideration of the motion _Motion For Order to Place All Proceedings on Record, and in open court_

filed by _Kelly Miller_ _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 _____,

ORDERED:

(1)  That the motion be, and it is hereby,  ☐ GRANTED   ☐ DENIED

(2)  That _____

_____

_____

_____

_____

_____

Copies to:


_____
JUDGE

Form CV-545/Apr.03

Form CA 1-A: Notice and Acknowledge for Service by Mail

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Kelly Miller
_____
*Plaintiff(s)*

v.                                                    Case No: 2014ca7119 _____

Timothy Broomhead
_____
*Defendant(s)*

### NOTICE

To (insert name and address of the party to be served):

Timothy Broomhead
_____
555 Fourth Street, NW
_____
Washington DC 20530
_____

Case: 2014 CA 007119 B
8005339615
Dkt: CI059411

    The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

    You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

    If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

    If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 11/10/2014.

_____                         _11 · 10 · 14_____
*Signature*                                            *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

    I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____
_____
_____

_____   _____   _____
*Signature*                 *Relationship to Defendant/Authority*   *Date of Signature*
                            *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828          DDDDD DDDD DDDDDD (202) 879-4828 DDDD          번역을 원하시면, (202) 879-4828 로 전화주십시오

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

*Kelly Miller*
_____
Plaintiff

vs.

*Timothy Broomhead*
_____
Defendant

Case Number
**14 - 0 0 0 7 1 1 0**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Kelly Miller*
_____
Name of Plaintiff's Attorney

*PO Box 51056*
_____
Address
*Washington, DC 20091*
_____
*606-200-0632*
_____
Telephone

*Clerk of the Court*

By *Alfunia R Redmond*
_____
Deputy Clerk

Date _____
*11/07/14*

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화하십시오.     የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ።

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011

CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

_____
Dirección

_____
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: _____
                            Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

**Vea al dorso el original en inglés**
**See reverse side for English original**

CASUM.doc

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

Kelly Miller
PO Box 51056
Washington DC 20091

*Plaintiff*

14 - 0 0 0 7 1 1 9

CIVIL ACTION NO. _____

*vs.*

Timothy Broomhead
US Attorneys Office
555 Fourth Street NW
Washington, DC 20530 *Defendants*

> **RECEIVED**
> Civil Clerk's Office
> NOV 07 2014
> Superior Court of the
> District of Columbia
> Washington, D.C.

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

I currently have a Federal case at the United States Court of Appeals for the District of Columbia against defendant Timothy Broomhead. Defendant, Broomhead unlawfully placed a bolo at the entrance of the courthouse to intimidate me and violate my rights of due process as a pro se litigate with the US Marshalls Office suddenly refusing to allow me to enter with my electronics. Mr Broomheads name is on the bolo as the complaing party. I have no police documents or court orders completed by defendant Broomhead giving him the right to withhold my liberties this is the 3rd time plaintiff has used criminal acts to prevent my due process. He also had FBI threaten me with arrest.

Wherefore, Plaintiff demands judgement against Defendant in the sum of $ _____ *I will not be threatened*
with interest and costs.

606-200-0632
**Phone:**

DISTRICT OF COLUMBIA, SS

Kelly Miller , being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

Kelly A Miller
(Plaintiff                                         Agent)

Subscribed and sworn to before me this ____ day of ____ 20 14 .

_____ (Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00

KENTUCKY DL EXP. 06-29-17

Date of Request  
11/6/14

Metropolitan Police Department  
Washington, D.C.

## CRIMINAL HISTORY REQUEST

Request Record of: (Last, First, Middle Name)  
Miller, Kelly E

Address  
PO Box 51086 Washington DC 20091

| Sex F | Race C | Birthdate 5-29-68 | Place of Birth Ohio |

Requesting Agency  
Self

Call-back Number  
(606-200-0632)

Signature of Agent  
Kelly Miller

Badge No.

Purpose of Request (check one)
- ☐ Law Enforcement Purposes (not for employment)
- ☐ Visas*
- ☐ Employment*/Licensing*
- ☐ Challenge*

Method of Request (Check one)
- ☐ Mail
- ☒ In Person
- ☐ NLET
- ☐ Telephone

## IDENTIFICATION AND RECORDS DIVISION USE ONLY-(Check if applicable)

☐ SUBJECT UNDER ARREST     ☐ CORRECT COLOR CODE

| Request Received By | Date and Time Received | Date and Time Returned |

### D.C. CODE §2.1608.60 IS QUOTED HERE FOR YOUR INFORMATION

It shall be an unlawful practice, punishable by a fine of not more than three-hundred dollars ($300.) or imprisonment for not more than ten (10) days, or both, for any person to require the production of an arrest record or any copy, extract, or statement thereof, at the monetary expense of any individual to whom such record may relate. Such "arrest records" shall contain only listings of convictions and forfeitures of collateral that have occurred within ten (10) years of the time at which such record is requested. (Dec. 13, 1977, D.C. Law 2-38, Title II, §266, 24 DCR 6038).

*I hereby authorize the release of my adult arrest record revealing convictions and forfeitures within the past ten (10) years.

Signature Kelly Miller     Date 11/6/14

## RESULTS OF CRIMINAL HISTORY FILE SEARCH

TO: Criminal History Users     ☐ Name Search   ☐ Fingerprint Search

This request concerns information whose collection, dissemination, and use are conditioned and restricted by applicable federal and District of Columbia statutes, and policy of the Metropolitan Police Department. Continued assistance from this department is conditioned upon your strict adherence to these regulations.

WARNING TO APPLYING AGENCIES: The Metropolitan Police Department does not guarantee either the accuracy of the record or that the individual whose record is furnished is actually the same individual whose record was requested. To obtain accuracy, the record of the Court involved should be examined. Positive identification can only be determined by comparable fingerprints. Records of arrests obtained from the Metropolitan Police Department as detailed on this form are for convictions and forfeitures for the past 10 years prior to the date of request of this record, exclusive of periods of imprisonment, if any. This record does not reflect any cases which may be currently pending before the Courts or cases where convictions have been set aside pending appeals.

CHIEF OF POLICE

| Date of Arrest | Charge(s) | Disposition |
|---|---|---|
|  |  |  |
|  |  |  |

Metropolitan Police Department  
Name File No Arrest Record Found

Exhibit B

**NEW HOPE MINISTRIES, INC.**
OPEN DOOR WOMEN'S SHELTER
425 2ND & E STREET, NW
WASHINGTON, DC 20001
(202) 639-8093

DATE: *10-10-2014*

## TO WHOM IT MAY CONCERN:

THIS LETTER IS TO VERIFY THAT *Kelly Miller* DATE OF BIRTH: *05-29-1968*, SOCIAL SECURITY NUMBER: *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*, HAS BEEN A RESIDENT AT THE OPEN DOOR SHELTER SINCE *10-10-2014*. ANY SUPPORTIVE SERVICES THAT YOUR AGENCY CAN PROVIDE TO THIS INDIVIDUAL WILL BE GRATELY APPRECIATED.

THIS INFORMATION CAN BE VERIFIED BY CONTACTING THE CASE MANAGER'S OFFICE AT THE SHELTER FROM 4:00 PM TO 7:00 AM PM DAILY, AT 202-639-8093.

THANK YOU,

*Alberta C Kenard*
*Supervisor,*
*Open Door Shelter*

*Exhibit A*

# Superior Court of the District of Columbia

## CIVIL DIVISION

Kelly Miller

*Plaintiff*

vs.

Timothy Broomhead *Defendant*

RECEIVED
Civil Clerk's Office
NOV 07 2014
Superior Court of the
District of Columbia
Washington, D.C.

14 - 0 0 0 7 1 1 9

No. _____

## MOTION - (Pro-Se)

MOTION OF: Kelly Miller          for          P.I

(State briefly what you want the Court to do)  Stay Away

Grant immediate CPO preventing defendant Timothy Broomhead to stalk, harass or utilize his official or unofficial contacts to illegaly violate plaintiff Kelly Millers lawful rights.

Printed name: Kelly Miller

Signature: *Kelly Miller*

Address: PO Box 51056
Washington DC 20091

Home phone no.

Business phone no.

## CERTIFICATE OF SERVICE

On ___Nov 7___, 20 14, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: Timothy Broomhead | Name: |
|---|---|
| Address: US Attorneys Office 555 Fourth Street, NW. Washington, DC 20530 | Address: |

Signature *Kelly Miller*

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____

_____

_____

_____

Signature _____

Form CV-393 / Dec. 00

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Ave., N.W., Rm—JM-170
### Washington, D.C.   20001

*Plaintiff*

vs.

*Defendant*

Civil Action No. _____

## ANSWER OF DEFENDANT

DISTRICT OF COLUMBIA, ss:

The defendant, for answer to the claim of the plaintiff herein, says that he said plaintiff is not entitled to have judgment as demanded in the complaint for the following reasons:

_____

_____

_____

_____

_____

_____

_____

And, therefore, said defendant respectfully demands that this suit be heard in open court.

| DEFENDANT: | ADDRESS: | TELEPHONE NO. |
|---|---|---|
| COPY MAILED TO: (ATTORNEY FOR PLAINTIFF) | | |

Form CV(6)-451 / Dec. 91

2-0881 wd-155



UNITED STATES POSTAGE

PITNEY BOWES

02 1R        $ 00.48⁰
0002001073    MAR 21  2014
MAILED FROM ZIP CODE 20001

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE

Superior Court of the District of Columbia
Civil Division
500 Indiana Avenue, N.W.
Room 5000
Washington, D.C.  20001